IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS ADDISON**                                                                **PLAINTIFF**

v.                              **CASE NO. 3:15CV00314 BSM**

**JOEY MARTIN**                                                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE