IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                    PLAINTIFF

v.                                       CASE NO. 3:15CV00314 BSM

JOEY MARTIN                                                                          DEFENDANT

## ORDER

Plaintiff Nicholas Addison's motion for a jury trial [Doc. No. 18] is denied as moot because this case is closed.

Addison is a notoriously frivolous filer who has long exhausted the three-strike provision in the Prison Litigation Reform Act. He has filed over 70 cases in the United States District Court for the Eastern District of Arkansas, most of which have already been dismissed as frivolous. *See, e.g., Addison v. Martin, et al.*, Case. No. 3:15-CV-00001 JM (E.D. Ark. 2015) (dismissed for failure to state a claim); *Addison v. Does, et al.*, Case No. 3:15-CV-00026 DPM (E.D. Ark. 2015) (dismissed for the failure to state a claim); *Addison v. Martin, et al.*, Case. No. 3:15-CV-00091 DPM (E.D. Ark. 2015) (dismissed for the failure to state a claim). Recently, he began filing motions demanding trials in cases that have already been closed.

Therefore, the clerk is directed to no longer accept filings from Nicholas Addison, in any case, without prior approval.

IT IS SO ORDERED this 11th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE